IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIRAS HASSAN ALNABHANI,<br>Petitioner, | §<br>§<br>§ | |
| v. | § | No. 3:25-CV-3034-G-BW |
| | § | |
| JOSHUA JOHNSON, Acting Dallas<br>Field Office Director for Enforcement<br>and Removal Operations, U.S.<br>Immigration and Customs Enforcement,<br>et al.,<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER REQUIRING SERVICE AND SETTING BRIEFING SCHEDULE

Petitioner Firas Hassan Alnabhani, currently detained by U.S. Immigration and Customs Enforcement at the ICE Dallas Field Office, in the Dallas Division of this district, filed with the assistance of counsel an application for a writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. No. 1.) Senior United States District Judge A. Joe Fish is presiding, and this case has been referred to the undersigned United States magistrate judge under 28 U.S.C. § 636(b) and a standing order of reference.

The Court requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas.

That office must file, by **December 18, 2025**, an answer, motion, or other response to the petition (the "Response"). Alnabhani may submit a reply brief to the Response within **21 days** from the date of service of the Response. Any reply filed

- 2 -

must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new grounds for relief.

    **SO ORDERED** on November 13, 2025.

                                                                                                    _____
                                                                                 BRIAN McKAY
                                                                                  UNITED STATES MAGISTRATE JUDGE