IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FIRAS HASSAN ALNABHANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CIVIL ACTION NO. |
| JOSHUA JOHNSON, Acting Dallas Field | ) | |
| Office Director for Enforcement and | ) | 3:25-CV-3034-G-BW |
| Removal Operations, U.S. Immigration | ) | |
| and Customs Enforcement, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should deny the petitioner Firas Hassan Alnabhani's application for a writ of habeas corpus under 28 U.S.C. § 2241. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the court **DENIES** the petitioner's habeas petition (docket entry 1) and **DENIES** requests for declaratory or injunctive relief.

**SO ORDERED**.

March 31, 2026.

**A. JOE FISH**
**Senior United States District Judge**